# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLIED WORLD INSURANCE CO.**, | : | |
| *Plaintiff* | : | Case No.  20-cv-00469-JMY |
| v. | : | |
| **KENNEY & MCCAFFERTY, P.C., ET AL.**, | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 1st day of June, 2020, upon consideration of John Ferguson's Motion to Intervene (ECF No. 23), and all responses thereto, **IT IS ORDERED** that Ferguson's Motion is **DENIED**.

BY THE COURT:

/s/ John Milton Younge

**Judge John Milton Younge**