## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLIED WORLD INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 2:20-cv-0469-JMY |
| KENNEY & MCCAFFERTY, P.C., BRIAN P. KENNEY, and LINDA J. STENGLE, | : | |
| Defendants. | : | |
| KENNEY & MCCAFFERTY, P.C., and BRIAN P. KENNEY, | : | |
| Plaintiffs, | : | Civil Action No. 2:20-cv-03830-JMY |
| v. | : | |
| ALLIED WORLD INSURANCE COMPANY, | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Local Rule of Civil Procedure 41.1(b), the undersigned parties, pursuant to agreement of counsel and without costs, hereby stipulate and agree that the above-captioned matters, including without limitations all claims, counterclaims, and cross-claims, shall be and are dismissed with prejudice. The Court is to retain jurisdiction for a period of ninety (90) days to allow the parties to fulfill the terms of the settlement.

Dated:  November 11, 2020

| | |
|---|---|
| ELLIOTT GREENLEAF, P.C. | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER |
| By:  */s/ Frederick P. Santarelli*<br>     Frederick P. Santarelli<br>     Andrew Estepani<br>Union Meeting Corporate Center V<br>925 Harvest Drive, Suite 300<br>Blue Bell, PA 19422<br>(215) 977-1000<br>fps@elliottgreenleaf.com<br>axe@elliottgreenleaf.com<br><br>*Counsel for Kenney & McCafferty, P.C. and Brian P. Kenney* | By:  */s/ Ronald P. Schiller*<br>     Ronald P. Schiller<br>     Sharon F. McKee<br>     Cary L. Rice<br>One Logan Square, 27th Floor<br>Philadelphia, Pennsylvania  19103<br>(215) 568-6200<br>(216) 568-0300 facsimile<br>rschiller@hangley.com<br>smckeee@hangley.com<br>crice@hangley.com<br><br>*Counsel for Allied World Insurance Company* |

WEIR & PARTNERS LLP

By:  */s/ Steven E. Angstreich*
     Steven E. Angstreich
The Widener Building, Suite 500
1339 Chestnut Street
Philadelphia, PA 19107
(215) 665-8181
sangstreich@weirpartners.com

*Counsel for Linda J. Stengle*

        So Ordered: this \_\_\_\_ day of November, 2020

                              _____
                              John Milton Younge, J.